IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| JAMES BUECHLER, et al. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:10-cv-03095 |
| ATM SERVICES CORPORATION | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff dismisses all his claims against Defendant with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: January 11, 2010                     Respectfully Submitted,

"APPROVED"
1/11/11
Date

William D. Quarles, Jr.
United States District Judge

/s/ E. David Hoskins
E. David Hoskins, Bar No. 06705
LAW OFFICES OF E. DAVID HOSKINS, LLC
Quadrangle Building at Cross Keys
2 Hamill Road, Ste. 362
Baltimore, Maryland 21210
(410) 662-6500 (Tel.)
(410) 662-7800 (Fax)
dhoskins@hoskinslaw.com